AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>5/23/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: MMC  DEPUTY | # UNITED STATES DISTRICT COURT<br>for the<br>Central District of California | FILED<br>CLERK, U.S. DISTRICT COURT<br>05/23/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: IV  DEPUTY |

United States of America

v.

STEVEN HENRI VIVIAN RAYNAL,

Defendant

Case No.   2:25-MJ-03157-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 21, 2025, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute at Least 50 Grams of Methamphetamine |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Michael Choi
Complainant's signature

Michael Choi, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date and time   May 23, 2025  10:58 a.m.

*Patricia Donahue*
Judge's signature

Patricia Donahue, U.S. Magistrate Judge
*Printed name and title*

City and state:   Los Angeles, California

AUSA: Derek R. Flores x 4896

**AFFIDAVIT**

I, Special Agent Michael Choi, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against STEVEN HENRI VIVIAN RAYNAL ("RAYNAL") for a violation of 21 U.S.C. § 846: conspiracy to possess with intent to distribute at least 50 grams of methamphetamine.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF SPECIAL AGENT MICHAEL CHOI

3. I am a Special Agent ("SA") with HSI and have been since March 2020. I am currently assigned to the office of the Assistant Special Agent in Charge Los Angeles International Airport ("LAX") office where I am assigned to investigate a range of crimes to include drug trafficking, conspiracy, money laundering, and other federal criminal violations. From May 2021 to September 2021, I attended the HSI Special Agent Academy, a

criminal investigations academy conducted at the Federal Law Enforcement Training Center located in Brunswick, Georgia.  At the HSI Academy, I was trained in all aspects of conducting criminal investigations and received several hundred hours of comprehensive, formalized instruction for investigating violations of customs and immigration law, to include offenses involving drug trafficking, computer crimes, and conspiracy.

4.   I have participated in drug trafficking investigations.  These investigations involved (1) the unlawful importation, exportation, manufacture, possession with intent to distribute, and distribution of drugs (including cocaine, heroin, fentanyl, methamphetamine, and marijuana); (2) the laundering of drug proceeds and monetary instruments derived from drug trafficking activities; and (3) conspiracies to traffic controlled substances.  I am familiar with the methods drug traffickers use to conceal profits and launder proceeds of narcotics transactions.  I am also experienced in the use of tracking devices, conducting surveillance, interviewing witnesses, writing affidavits for and participating in the execution of search warrants, and working with undercover agents, cooperating defendants, and confidential sources.

### III. **STATEMENT OF PROBABLE CAUSE**

5.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   An Unidentified Male ("UM") Coordinates the Purchase of Methamphetamine from a DEA Confidential Source ("CS-1") in February 2025 but the Purchase Never Happens**

6.   HSI and DEA have an investigation into a drug trafficking organization ("DTO") that has had individuals travel from French Polynesia to Los Angeles to smuggle and attempt to smuggle methamphetamine on commercial flights back to French Polynesia since at least 2023. As part of that investigation, HSI and DEA identified an individual as a source of at least some of the methamphetamine that the DTO was smuggling and attempting to smuggle back to French Polynesia. That individual is now working as a DEA confidential source ("CS-1").[1]

7.   Since on or around August 13, 2024, an unidentified male ("UM") using Facebook Messenger moniker "Natalie Gauvreau" has been communicating with CS-1 about CS-1 providing methamphetamine to couriers flying to Los Angeles that will smuggle methamphetamine on commercial flights to French Polynesia.

8.   On November 24, 2024, the following text messages were sent between UM and CS-1:

UM: Hello my friend how are you.?

CS-1: Fine amigo how are you

---

[1] CS-1 has a 2004 felony conviction for second degree burglary and multiple misdemeanor state municipal and vehicle code violations.  CS-1 began cooperating with the DEA in May 2024 after he/she was notified he/she was facing charges for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846.  CS-1 is cooperating in hopes of receiving consideration for the aforementioned drug trafficking charge.  CS-1 has received deferred action on his/her immigration status for his/her cooperation in this case.  DEA has found CS-1 to be reliable and credible.

3

> UM: Fine amigo thank you
>
> UM: M'y friends I have some body come to L.A on Mars And The want the staff
>
> UM: 3 pound
>
> UM: They want
>
> CS-1: Ok amigo
>
> CS-1: No problem
>
> UM: It's good for you.?
>
> UM: Ok nice amigo
>
> UM: 👍
>
> UM: When I have the date I tell you ok
>
> CS-1: Yea amigo no problem
>
> UM: I tell them for 3 pound it's 15.000$
>
> CS-1: Ok amigo thank you
>
> UM: You take the staff ok and the reste of money it's for'you
>
> CS-1: Ok thanks You
>
> UM: The change it's for you
>
> UM: We keep and touch
>
> UM: 👍

9. On the same date, approximately an hour later, the following text messages were sent between UM and CS-1:

> CS-1: Friend, I understood that you were coming in March, I don't understand exactly when it is, friend, I'm asking you to be sure, if it's okay, this week my friend who has the product is not going to be available, it won't be until next week, friend, really excuse me, friend,

4

>    that's why I want to be here. Very safe and don't come just to come ok friend
>
> UM: Ok amigo ya it's sûre They come on March but nos I don't have the date.!
>    When I have some date I tell you ok
>    And your friends not available on march.?
>
> CS-1: Yes friend in March yes that's why I wrote to you back I didn't understand the message well I thought you wanted them to come this Tuesday everything is fine friend until march take care of yourself
>
> UM: Ok ok m'y friends yes on March 2025 they come to L.A.
>    And when i have some date i tell you.!!
>    Ok kiss amigo big Hugh

10. Based upon my training, experience, and knowledge of this investigation, I believe UM was telling CS-1 that UM would be sending someone from French Polynesia to Los Angeles during March 2025, to purchase three pounds of crystal methamphetamine for the price of $15,000.00.. I am aware that one gram of crystal methamphetamine sells for approximately $1,500.00 in French Polynesia, which would explain why UM and UM's associates would be willing to pay $5,000.00 per pound of crystal methamphetamine, which is much higher than the price of crystal methamphetamine in Los Angeles.  Further, when UM wrote "the reste of money it's for'you," the UM was telling CS-1 to keep whatever amount of money that is over what CS-1's purchase price for the crystal methamphetamine would be, as commission to CS-1 for the sale of the methamphetamine to UM's associate.  I also

know that French is the primary language of the French Polynesia-based members of the DTO and DTO members like UM sometimes use applications to translate from French to English before sending messages. I believe that using the applications to translate has left some French words such as "Mars" untranslated, which means "March" in English. I also believe that when UM uses "staff", UM means "stuff," which refers to crystal methamphetamine.

    11. On February 17, 2025, the following text messages were sent between UM and CS-1:

    UM: Tell me you stay to USA.?

    UM: or because of trump they will send you back to Mexico.?

    UM: Because i have a good friend and they want the staff

    UM: They possible too have the staff.!!?

    UM: My friends coming this end of the month or to start next month

    UM: Tell me if possible to you for have the staff.?

    CS-1: Yes friend here I am in the USA

    UM: Ok

    CS-1: Ok amigo no problem

    UM: Ok 👌

    UM: Amigo i give your Messenger with m'y friend ok

    CS-1: Ok amigo

    UM: 👍

    CS-1: 👍

    UM: Thanks you m'y friends

    UM: Take the most stronger staff you can have ok amigo

    UM: Ok amigo

    12. Based on my training, experience, and knowledge of this investigation, I believe that UM was telling CS-1 that an associate of UM would be traveling to Los Angeles during February or March 2025 and wanted to purchase crystal methamphetamine from CS-1. Further, when UM wrote "Take the most stronger staff you can have," UM was asking CS-1 to sell UM's associate crystal methamphetamine with a very high purity.

    13. On February 19, 2025, UM sent CS-1 a photo of a Facebook Messenger account with display name "Papua Ere Ere", followed by the following text communications with CS-1:

    UM: It's the Messenger of m'y friend.!!

    UM: He tell me he send you a message.!!

    UM: check your messages or spam

    

    CS-1: Ok amigo

    UM: Tell me if good

    UM: Toi talk whit him amigo.?

    CS-1: I already answered him friend but he hasn't seen my messages

    UM: Ok soon he answere you amigo

    14. On the following date, the following text messages were sent between UM and CS-1:

    UM: Hi amigo

    UM: 👋

    UM: just to tell you that i told my friend that the price of the pound is 5000$

    UM: ok don't lower the price ok like that it will save you money ok amigo

    CS-1: Ok amigo gracias

    UM: And he ask you tell him the same Price ok

    15. Based on my training, experience, and knowledge of this investigation, I believe that UM was sending CS-1 the Facebook Messenger account of UM's associate that wanted to purchase crystal methamphetamine from CS-1. Further, UM was telling CS-1 that UM had told his associate that the price to purchase one pound of crystal methamphetamine from CS-1 is $5,000.00 and that CS-1 should tell UM's associate the same price, so CS-1 can make extra commission for himself/herself from the sale to UM's associate.

    a. On February 19, 2025, and February 21, 2025, CS-1 sent and received text messages with "Papua Ere Ere," but "Papua Ere Ere" never attempted to coordinate a meeting or sale with CS-1.

    **B.    The UM Coordinates the Purchase of Methamphetamine from CS-1 for May 21, 2025**

    16. On May 11, 2025, the following text messages were sent between UM and CS-1:

    UM: Hello amigo

    UM: How are you.?

    UM: Fine?

    UM: I have someone in L.A who want 1 pound he have some paper with him

    UM: I give your Messenger ok amigo

8

UM: 👍

CS-1: Ok amigo

UM: You can go

UM: Amigo Ah this adresse.?

UM: 5711 Century
   Boulevard

UM: 15 floor
   Room 1572

UM: If you can go see my amigo at this adresse

UM: Please amigo he give you 5000$ for 1 pound

UM: He want 1 pound take the milky staff ok amigo thanks
   you so much

UM: The most stronger staff you can have

UM: Thanks you my friend

UM: You work.?

CS-1: Okay, buddy, I'm driving. I'll test you in a bit

UM: My hôtel friend have not messenger

UM: Go directly on his room

UM: Tell me When you arrived on his hôtel Thank you amigo

   a.   Based on my training, experience, and knowledge of this investigation, I believe that UM was telling CS-1 that an associate of UM was in hotel room 1572 at the Hilton Los Angles Airport, located at 5711 Century Boulevard, Los Angeles, California, at that time and wanted to purchase one pound of crystal methamphetamine from CS-1 for $5,000.00 .  Further, when UM wrote "take the milky staff" and "The most stronger staff you

have," UM was asking CS-1 to sell one pound of the highest purity crystal methamphetamine that CS-1 could provide.

17. A short time later, CS-1 sent UM a message saying that CS-1 would not be able to meet up with UM's associate that day. The following text messages were then sent between UM and CS-1:

UM: Yes my friend leaves in 2day

UM: If he back on the 19 or the 20 it's good.:

UM: For you.?

18. Later, on the same date, the following text messages were sent between UM and CS-1:

CS-1: when they return to Tahiti

UM: No he got to france

CS-1: O ok

UM: And he back on 19 to L.A

UM: You good for the 19.?

UM: You. Are on L.A.?

UM: At this date.?

UM: My friends it's good for you.?

UM: My friend back on 19Mai on L.A

UM: Ils good for you this date.?

CS-1: Okay, buddy, I'll come back every two weeks, but I'll try to send you a friend, okay, bro.

UM: Ok my friends

    a. Based on my training, experience, and knowledge of this investigation, I believe that UM was telling CS-1 that UM's associate was going to fly from Los Angeles to France and return on May 19, 2025 and was asking CS-1 to sell UM's

10

associate the pound of crystal methamphetamine after UM's associate returned to Los Angeles on May 19, 2025.

19. Later, on the same date, the following text messages were sent between UM and CS-1:

UM: The date was change

UM: My tahitien friends back from France on 21th on LA

UM: Not 19th

UM: Sorry my friends It's always good for you.? And your friends for this date.?

CS-1: Ok amigo good

UM: Ok my friends thank you for all

CS-1: No problem amigo

    a. Based on my training, experience, and knowledge of this investigation, I believe that UM was telling CS-1 that UM's associate would return to Los Angeles to purchase the pound of crystal methamphetamine from CS-1 on May 21, 2025, not May 19, 2025, as UM originally said.

### C. HSI Identifies RAYNAL as the Person Who Will Purchase Methamphetamine from CS-1 for UM

20. On May 12, 2025, HSI LAX contacted security at the Hilton Hotels – Glenn Taylor, Regional Director, Safety & Security - and was informed that STEVEN HENRI VIVIAN RAYNAL was the person staying in room 1572 and that he was due to check out that day. A subsequent search of a law enforcement database indicated that RAYNAL was scheduled to fly to France on the same date, which is consistent with what UM told CS-1 in the text

messages above about the person who would be purchasing the methamphetamine from CS-1.

    **D. The UM Coordinates the Sale of Methamphetamine from CS-1 to RAYNAL at the Hilton Los Angeles Airport for May 21, 2025**

21. On May 15, 2025, the following text messages were sent between UM and CS-1:

    UM: Hello amigo just for tell you

        My friend arrives at the end of the day on the 21st and leaves on the 22nd

        Your friend can Come at 8 p.m at the same adresse it's a hôtel Hilton on century blv

    UM: 5711 Century boulevard

    UM: I give you the room number When my friend arrived in hotel

    CS-1: Ok amigo

    a. Based on my training, experience, and knowledge of this investigation, I believe that UM was telling CS-1 that UM's associate would be staying at the same hotel as before and wants CS-1 or CS-1's associate to sell the pound of crystal methamphetamine to the UM's associate in the UM's associate's hotel room on May 21, 2025.

22. On May 16, 2025, HSI LAX was informed by Hilton Hotels Regional Director Taylor that RAYNAL had a reservation at the hotel from May 21 to 23, 2025.

23. On the same date, the following text messages were sent to CS-1 from UM:

12

 UM: My friend had a little problem and he asked if it would be possible to have 200g for $3000

 UM: I told him what you told me the other time, that you only let go from the pound, and he asked me to ask you if it would still be possible to get 200g for $3,000. I told him I was still going to ask you, but that it probably wouldn't be possible.
Then he told me he'd come back at the beginning of June and that he was going to take 1 pound at $5,000.

 UM: If you want i have whatsapp

 UM: If you want, I have WhatsApp and I'll chat with your friend while he gets to my friend's room.

24. Later, during the same date, the following text messages were sent between UM and CS-1:

 CS-1: Ok friend, I already told my friend that he's going to see them.  He told me that just this once he's going to get them the 200 grams.  Ok, but he wants their WhatsApp number so he can talk to them when they go to pick up the money.

 CS-1: Friend, or can you send me your WhatsApp number so my friend can contact you next week to make the delivery?

 UM: Yes amigo

 UM: +68987320336

 UM: It's my whatsapp number

 UM: Yes, give my WhatsApp to your friend and I'll talk to him until he's with my friend>!!

> Tell your friend to go to the address and once you're at the hotel he'll call me.!!
>
> Or if he wants he calls me before leaving his house, it's up to him.!!
>
> Excuse me if I didn't answer you quickly, I'm sick but I will answer you.

CS-1: Ok amigo thank you

25. Based on my training, experience, and knowledge of this investigation, I believe that UM was informing CS-1 that UM's associate now wants to only purchase 200 grams of crystal methamphetamine from CS-1, for $3,000.00 . Additionally, UM planned to utilize his WhatsApp telephone number +689-87320336 to communicate with who UM believes is a friend of CS-1, in order to coordinate the delivery of the 200 grams of crystal methamphetamine to UM's associate, on May 21, 2025, at the Hilton Los Angeles Airport hotel.

### E. RAYNAL Checked in to Room 1430 at the Hilton Los Angeles International Airport on May 21, 2025

26. As noted above, RAYNAL had a reservation at the Hilton Los Angeles International Airport from May 21 to 23, 2025.

27. On or around May 19, 2025, HSI LAX was referred to the Hilton LAX Head of Security, Luis Gallardo, through Hilton Hotels Regional Director Taylor. Gallardo informed HSI LAX that RAYNAL would be assigned to room 1430 when he checked in on May 21, 2025, due to its segregated location and to minimize exposure to any other guests staying at the hotel. Gallardo also informed HSI LAX that, on RAYNAL's most recent visit to the

Hilton Los Angeles International Airport, he stayed in his room by himself and checked in using his French passport as a form of identification.

28. On May 21, 2025, the Honorable Jean P. Rosenbluth, U.S. Magistrate Judge for the Central District of California, issued a search warrant for RAYNAL's person in Case No. 2:25-MJ-3098 and an anticipatory search warrant for his hotel room at the Hilton Los Angeles International Airport once he checked in in Case No. 2:25-MJ-3100.

29. On May 21, 2025, at approximately 7:00 p.m., Gallardo told HSI LAX that RAYNAL had checked into room 1430. Gallardo also confirmed that RAYNAL's scheduled stay with Hilton LAX was from May 21-23, 2025. At approximately 7:05 p.m., I viewed surveillance footage from Hilton's security room and confirmed that the individual checking into room 1430 was RAYNAL.

**F.  The UM Continues to Coordinate the Sale of Methamphetamine to RAYNAL with who He Believes to Be CS-1's Associate**

30. On May 21, 2025, at approximately 10:24 a.m., HSI LAX used an undercover phone number to contact UM through the WhatsApp messenger app at phone number +68987320336 that UM had provided to CS-1 as noted above. As detailed below, HSI LAX pretended to be CS-1's associate that UM believed would be providing methamphetamine for RAYNAL. On May 21, 2025, the following text messages were sent between HSI LAX and the UM:

HSI LAX: Hello, this is amigo's friend

UM: Hi amigo

UM: Ok go on 511 century blvd

15

>UM: Room 1430
>
>UM: My friend waiting you on his room

31. Based on my training, experience, and knowledge of this investigation, I believe that UM was informing HSI LAX that UM's associate, RAYNAL, was staying in room 1430. Subsequently, UM contacted HSI LAX via WhatsApp call at approximately 1941 hours. HSI LAX had an HSI confidential informant ("CS-2")[2] answer the call. The following is not a verbatim transcript of the conversation but is transcribed from what I heard during my review of the phone call:

>CS-2: Hello?
>
>UM: Hi, amigo.
>
>CS-2: Uh, hello. Yes, I'm almost there.
>
>UM: my friend waiting… on his hotel room…
>
>CS-2: okay, uh.
>
>UM: you receive the address?
>
>CS-2: yes, I'm 20 minutes.
>
>UM: 20 minutes? And… My room friends is 1, 4, 3, 0.
>
>CS-2: Ok, 1, 4, 3, 0. Got it.

---

[2] CS-2 is an HSI Confidential Informant and has four felony convictions for Possession of Controlled Substances, Drug Paraphernalia, Possession of Controlled Substances, and Distribution of Methamphetamine. Additionally, CS-2 has a misdemeanor state municipal violation.  CS-2 began cooperating with HSI in 2021 after he/she was notified he/she was facing charges for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 846.  Although CS-2 has not been formally charged, CS-2 is cooperating in hopes of receiving consideration for the aforementioned drug trafficking offense.  CS-2 has assisted HSI on numerous operations and HSI has found CS-2 to be reliable and credible.

UM: Yea

CS-2: Sounds good.

UM: You go ahead on this address… (unintelligible) this the Hilton Hotel

CS-2: Yea, okay. And it's the… the Hilton, right?

UM: Yea, Hilton

CS-2: Okay, by LAX, yea.

UM: You go ahead on the room. He waiting…

CS-2: Ok perfect. Just tell him like 20, 20 minutes

UM: Yes, Okay. If you have a question, you can call me, okay?

CS-2: Okay, perfect

UM: okay (unintelligible) thank you

CS-2: Yup, okay bye

UM: Bye

32. At approximately 7:51 p.m. that same day, the following text messages were sent between HSI LAX and the UM:

UM: Amigo telle me When you with my friend thanks you

HSI LAX: Ok no problem

33. Based on my training, experience, and knowledge of this investigation, I believe that UM was calling to confirm the address where RAYNAL was staying and informing HSI LAX to call UM once contact was made with RAYNAL.

### G. CS-2 Pretends to be CS-1's Associate and RAYNAL Pays CS-2 $2,500 as Part of the Previously Agreed Deal for Methamphetamine

34. On May 21, 2025, at approximately 8:13 p.m., CS-2 approached room 1430, knocked and RAYNAL opened the door. The

17

following is a summary of the conversation between RAYNAL and CS-2 is based on what I heard during the live transmission of the operation and my debrief of CS-2 after the operation:

      a.   After RAYNAL opened the door for CS-2, RAYNAL invited CS-2 in and CS-2 entered room 1430. CS-2 stated that CS-2 has to call RAYNAL's friend, and RAYNAL agreed. Utilizing the phone that HSI LAX was using to communicate with UM, CS-2 contacted UM via WhatsApp call and told UM that CS-2 was in the room with UM's friend. UM stated, "thank you, take care of him". CS-2 stated CS-2 will take the money and bring "it" back, then UM hung up the call. CS-2 asked RAYNAL "200 grams, right?" and asked if RAYNAL had the money. RAYNAL provided approximately $2,500 and told CS-2 that he was $500 short. CS-2 counted the currency and told RAYNAL that the deal was for $3,000 for 200 grams. RAYNAL apologized and told CS-2 to bring whatever CS-2 could for that price. CS-2 told RAYNAL that CS-2 would take the money, "go get it" and come back. RAYNAL stated that he doesn't have CS-2's number, but CS-2 told RAYNAL that RAYNAL could call the UM if he needs to reach CS-2 and that CS-2 would be back in one hour.

### H. HSI LAX Execute the Search Warrants and Arrest RAYNAL

35. At approximately 8:25 p.m., HSI LAX executed the above search warrants for RAYNAL's person and hotel room and detained RAYNAL for a violation of 21 U.S.C. § 846: conspiracy to possess with intent to distribute at least 50 grams of methamphetamine.

## IV. CONCLUSION

36. For all of the reasons described above, there is probable cause to believe that RAYNAL committed a violation of 21 U.S.C. § 846: conspiracy to possess with intent to distribute at least 50 grams of methamphetamine.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _23rd day of
May, 2025.

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE